**Percy Panarsky, Plaintiff-Appellee, v. Ramon Perez, Defendant-Appellant.**

**Gen. No. 53,294.**

First District, First Division.

April 21, 1969.

Judgment reversed. Ron W. Fritsch, Paul Beard, and Marvin Gerstein, of Chicago, for appellant; no brief for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**